SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-08744MB

☒ FILED  ☐ LODGED
Sep 16 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/6/22 | 9/16/22 | ATF SA J. BORJA |

INVENTORY MADE IN THE PRESENCE OF
ATF SA J. BORJA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

BLUE I-PHONE WITH CRACKED SCREEN

EXECUTION ON GOING

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 09/16/22

_____
Executing Officer's Signature

JULIAN GARCIA - DETECTIVE
Printed Name and Title